### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:08-cr-440 |
| | ) | |
| **TABATHA VEASLEY,** | ) | **ORDER CONTINUING TRIAL** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to continue trial due to counsel's scheduling conflicts. For good cause shown, the trial will be continued from September 8, 2009 to October 6, 2009, which is the next available setting.

**IT IS ORDERED** that the motion to continue trial (Doc. 43) is granted, as follows:

1. The jury trial now set for September 8, 2009 is continued to **October 6, 2009**.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of this motion, that is, the time between **September 8, 2009 and October 6, 2009,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant the requested continuance would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(i).

**DATED September 1, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**